FILED

United States District Court
For The District of Rhode Island

2016 MAR 28 P 12: 06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Arjusz Roszkowski

v.

Christopher Zarella, et al

Civil Action # 1:15-cv-000519-PJB-AKJ

## In Supplement to Complaint

I, Arjusz Roszkowski, the Plaintiff in the above titled civil action would like to submit further evidence to show that all the evidence at my trial and surrounding my arrest are fabricated lies and that proceeding in this civil action will get me what I need to prove that and win.

The defendants falsely allege that this case was based on informant "Source One reported that Arjusz Roszkowski contacted him and inquired as to where he might purchase firearms. Source One further reported that Arjusz Roszkowski indicated that he needed the weapons for the purpose of conducting a bank robbery." (Witness Statement Det Baruti [Defendant in this case] RISP HQ Ref: 09RIX1-670-AR) [This is directly addressed and proven false in the Polygraph Test: Exhibit E]

While awaiting trial I wrote a letter to the informant who was at FCI Ottisville NY Federal Prison and he wrote me back in his own writing, dated, and signed from the prison with the lazer inscribed label with his federal ID number on it and stamped from that NY post office.

In my letter I wrote:

"...they're fabricating a bunch of stuff and the truth is apparently irrelevant... They're saying I was trying to buy some stuff which is funny because I could have sworn I was trying to cancel the whole thing... So good job. I almost died for nothing and am facing life because of you.... I'm facing life for someone's made up story and didn't actually do anything wrong... You almost murdered me, And for no reason. I wasn't doing anything wrong and didn't want the fucking things [the guns]. And did you make up that whole 'Robbery' bullshit or are they putting words in your mouth?"

1

His response is Exhibit F. He lies in his letter but he is spinning off real things that happened between him and I because he doesn't know what the cops lied about on top of his lies to them. May I draw the courts attention down five lines from the top where the informant states: "When I spoke to my connect (named "Jimmy") he gave me the number I gave to you. So as far as I know he thought that it would be "Me" calling & "me" going to meet the guy. Not you!" He is spinning off my November 4, 2009 text to cancel the gun deal and multiple November 5, 2009 (day before arrest) phone calls where I was telling him to cancel the gun deal and that I didn't want to go. Regardless, his letter proves the police were putting words in his mouth and hiding their lies under the confidential informant protection. It also proves much of what they claim in the surrounding circumstances of the case is completely untrue. The informant was the one who set me up with everything and set me up to be caught with everything. This one letter destroys most of their claims against me. They just make things up as they go along and lie to everyone. For some odd reason they told the informant I went to the gun deal to try to rob them. Obviously not true. Pamela Chin told a state judge and t.v. camera that I was shooting at the police and one of the shots accidently hit me in the head. The gun logistics of what she said doesn't even make sense. If I'm shooting at police with a gun at the end of my outstretched hand how would I accidently shoot myself in the head under my chin and upward? Besides, it is proven by pictures of everything that <u>only one bullet</u> was fired. I attempted suicide and she lies and evilly turns my suicide attempt during a false arrest into I was shooting a bunch of bullets at police and hit myself in the head with one of them to help discredit me and secure a conviction by lieing to the public and my future jury pool through the media with heavily prejudicial things.

They also first tried to intimidate me from speaking the truth and had my lawyer to tell me they have me on tape in recorded phone conversations telling someone I'm using the guns to rob a bank and if I say otherwise in court they'll hit me with perjury. There is no such tape! I said it in court and my lawyer got mad but they didn't hit me with perjury because there is no such tape nor truth to that claim and I know this because they are trying to intimidate me and lie to me about me. I know what I said and what I did not say. Actually, on my lie detector test I even addressed this and passed the test saying: "I didn't want the guns and that I wasn't robbing anything." Test passed by MA State Police Captain John Consigli <u>and</u> Behavioral

Assessment International out of Texas, Exhibit E.

Exhibit E also proves my whole case, all evidence used against me, and all the things said at trial about me were false. They cannot tell the truth or else I wouldn't be in prison and they'd be out of jobs for all the illegal dirty things they were doing with the informant. With the real evidence in this case I can prove that law enforcement tried to frame multiple times in the past, through a third party provided me with a firearm and then set up a scenerio for me to be arrested in possession of it, that they intentionally lied about me trying to kill police officers (as even my polygraph shows), they lied about me trying to buy guns and set up a fake scenerio that framed me, they lied about me saying I was going to rob a bank, they intentionally extremely narrowed my charges in court to legally maneuver a railroad job where they can hide the informant and protect their lies.

Plaintiff respectfully requests the court to take these things into consideration in this civil action.

Thank you for your time.

March 23rd, 2016

Respectfully Submitted,

Arjuse Roschowski
#03679-049
U.S. Penitentiary
P.O. Box 3000
White Deer, PA
17887