```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Arjusz Roszkowski

      v.                                      Civil No. 15-cv-519-PB

Christopher Zarella, et al


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 8, 2016.  The Clerk shall enter judgment and close the case.


      SO ORDERED.

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

Date: April 18, 2016


cc:    Arjusz Roszkowski , pro se